FILED

03/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0125

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0125

BELGRADE SHOOL DISTRICT NO. 1,

Petitioners,

v.

MONTANA FOURTH JUDICIAL DISTRICT
COURT, The Honorable John W. Larson, presiding,

Respondent.

FILED

MAR 1 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

By petition filed March 11, 2022, Belgrade School District No. 1 (School District) petitions this Court for exercise of supervisory control in the underlying matter of *Western Montana Mental Health Center v. Belgrade School District*, Cause No. DV-20-682, Montana Fourth Judicial District Court, Missoula County, for extraordinary review of the District Court's December 2, 2020 denial of the School District's Motion to Dismiss and February 28, 2022 Amended Order on summary judgment. See February 28, 2022, Amended Order Regarding Plaintiff's Motion for Partial Summary Judgment; Plaintiff's Motion for Summary Judgment on Counterclaim; and Defendant's Motion for Summary Judgment; December 2, 2020 Order Denying Defendant's Motion to Dismiss. The School District asserts that the court erroneously failed to grant the School District's Motion to Dismiss and failed to address disputed issues of law on summary judgment, instead improperly reserving them for determination by a jury at trial. School District asserts that the underlying plaintiff can prove no set of facts to support its claims of breach of contract or breach of implied covenant of good faith and fair dealing and that there are no disputed material facts, arguing that the only contested matters are purely legal issues related to the interpretation of the underlying contract.

The School District asserts that exercise of supervisory control is warranted pursuant to M. R. App. P. 14(3)(a) and *Stokes v. Mont. Thirteenth Judicial Dist. Ct.*, 2011

MT 182, ¶¶ 6-8, 361 Mont. 279, 259 P.3d 754, on the asserted ground that the District Court is proceeding under manifest mistakes of law for which ordinary appeal is inadequate and will result in gross injustice. On those same grounds, the School District, in a March 15, 2022 Motion for Stay of the Underlying Proceeding, asks this Court to stay further District Court proceedings pending disposition of its petition pursuant to M. R. App. P. 14(7)(c).

Upon review of the Petition, Motion, and supporting documents, we find that the petitioner has shown sufficient cause to require a summary response pursuant to M. R. App. P. 14(7). Therefore, pursuant to M. R. App. P. 14(7),

IT IS ORDERED that the District Court and plaintiff/respondent Western Montana Mental Health Center are hereby granted fifteen (15) days from the date of this Order to respectively file a summary response, if any, to the petition.

The Clerk of this Court is hereby directed to provide immediate notice of this Order to the Montana Fourth Judicial District Court in the underlying matter of *Western Montana Mental Health Center v. Belgrade School District*, Cause No. DV-20-682; the Honorable John W. Larson, presiding; and all counsel of record.

DATED this 17th day of March, 2022.

_____
Justice

2